UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LUCKENSON DESIRE,                           )
                                            )
        Petitioner,                         )
                                            )
v.                                          )    Civil No. 26-11395-LTS
                                            )
ANTONE MONIZ et al.,                        )
                                            )
        Respondents.                        )
                                            )

JUDGMENT

April 21, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated March 25, 2026 (Doc. No. 11), the

Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court

described.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge